EDWARD V. LAWLER, Respondent, *v.* FLORENCE E. McMULLIN et al., Defendants; WALLACE E. SHIRRA et al., as Executors of JOHN POWERS, Deceased, Respondents; and THE ROYAL BANK OF CANADA, Appellant.

(Submitted November 23, 1932; decided December 13, 1932.)

*Matthew J. Shevlin* and *Karl G. Kolish* for appellant.
*Joseph R. Kelley* and *Philip J. Termini* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.